IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


**JOSEPH TUNITIS,**

    **Plaintiff,**

vs.                                                  Case No. 4:06cv498-RH/WCS

**STATE OF FLORIDA,**
**and CHARLES V. CRIST,**
**Attorney General,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff, an inmate proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint under 42 U.S.C. § 1983, doc. 1, which was reviewed pursuant to 28 U.S.C. § 1915A and Plaintiff directed to file an amended complaint.  Doc. 10.  Plaintiff sought review of that order, doc. 13, and the amendatory order was upheld.  Doc. 16.  Plaintiff filed a motion for reconsideration, doc. 20, and the motion was denied.  Doc. 24.

Plaintiff then filed a notice of appeal, doc. 21, of Judge Hinkle's Order upholding my order directing Plaintiff to amend.  Another order was entered advising the *pro se* Plaintiff that his attempted appeal did not deprive this Court of jurisdiction.  Doc. 26.

Plaintiff was advised that the order was not a final order or immediately appealable to the Court of Appeals absent certification from this Court pursuant to Fed. R. Civ. Proc. 54(b).  Doc. 26.  Because a Rule 54(b) certificate was not issued, Plaintiff's attempted interlocutory appeal is invalid and this Court has not lost jurisdiction.  *Id.*

Plaintiff was then explicitly advised that he would be given another period of time to submit his amended complaint.  Doc. 26.  As the time was extended as a courtesy to Plaintiff, he was told that he must file the amended complaint by **May 22, 2007**.  *Id.*  That deadline has passed without Plaintiff's compliance.  Plaintiff was also warned that his "[f]ailure to comply with this Court order may result in a recommendation of dismissal of this action."  It is time to end this litigation as Plaintiff refuses to comply with court orders and no basis has been presented to provide Plaintiff with additional time.

It is respectfully **RECOMMENDED** that this action be **DISMISSED** for failure to prosecute, failure to comply with court orders, and because Plaintiff's complaint, doc. 1, fails to state a claim upon which relief may be granted, and that the order adopting this report and recommendation direct the clerk of court to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**IN CHAMBERS** at Tallahassee, Florida, on June 4, 2007.

    s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**