# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JOSEPH TUNITIS,

    Plaintiff,

v.                              CASE NO. 4:06cv498-RH/WCS

STATE OF FLORIDA et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

    This matter is before the court on the magistrate judge's report and recommendation (document 34), to which no objections have been filed. As correctly set forth in the report and recommendation, this action is properly subject to dismissal based on plaintiff's willful failure to comply with earlier orders to file an amended complaint. In addition, as set forth in the order of March 1, 2007 (document 16), plaintiff's original complaint fails to state a claim on which relief may be granted. For these reasons,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the opinion

of the court.  The complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B).

The clerk shall enter judgment accordingly, shall enter on the docket that the case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B), and shall close the file.

    SO ORDERED this 16th day of July, 2007.

                                            s/Robert L. Hinkle
                                            Chief United States District Judge